portation Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 125 N. Y. Supp. 1128.

In rè LOEWINGER. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of Joseph Loewinger. No opinion. Order affirmed. Order filed.

LOGAN, Respondent, v. LOGAN, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Elizabeth Logan against Andrew Logan. C. De H. Brower, for respondent.

PER CURIAM. Order reversed without costs and motion granted to extent stated in order. Order filed. See, also, 128 App. Div. 924, 112 N. Y. Supp. 1135.

SCOTT, J., dissenting.

In re LOSINSKY et al. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of Albert R. Losinsky and another. No opinion. Order affirmed. Order filed.

LOWTHER v. RADER et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Clarence L. Lowther against William H. Rader and others. No opinion. Motion to dismiss appeal as to respondents named in the order granted with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 138 App. Div. 906, 123 N. Y. Supp. 1126.

McCARTHY v. FLEISCHMANN BROS. CO. et al. (Supreme Court, Appellate Term. December 8, 1910.) Appeal from City Court of New York, Trial Term. Action by James McCarthy against the Fleischmann Bros. Company and the Rapp Construction Company. From a judgment against both defendants and from orders denying their respective motions for a new trial, they appeal. Affirmed as to Fleischmann Bros. Company, and reversed as to Rapp Construction Company, and new trial ordered. Lyman A. Spalding (Theodore H. Lord and Floyd K. Diefendorf, of counsel), for appellant Fleischmann Bros. Co. Frank V. Johnson (Harry S. Austin and Edward J. Redington, of counsel), for appellant Rapp Const. Co. Coffin & Goldmark (Herbert Goldmark, of counsel), for respondent.

PER CURIAM. There is no evidence that defendant Rapp Construction Company was in control of the stairway, and no evidence of negligence on its part sufficient to sustain the verdict in favor of the plaintiff against it. As to this defendant, therefore, the judgment should be reversed and a new trial ordered, with costs to appellant to abide the event. As to the defendant Fleischmann Bros. Company the judgment finds ample support in the evidence, and is affirmed. Dougherty v. Weeks, 126 App. Div. 786, 111 N. Y. Supp. 218. Judgment reversed as to the defendant Rapp Construction Company and a new trial ordered, with costs to appellant to abide the event. As to the defendant Fleischmann Bros. Company, judgment affirmed with costs.

McCOOL, Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by James McCool against Hugh Thomas. No opinion. Judgment of the Municipal Court affirmed, with costs.

McCORMICK v. THOMPSON et al. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by John McCormick against James M. Thompson, impleaded with others. No opinion. Order modified so as to allow the service of the proposed case within 10 days of the granting of this modification. No costs. See, also, 124 N. Y. Supp. 1120.

McCOY v. GAS ENGINE & POWER CO. et al. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Daniel B. McCoy against the Gas Engine & Power Company and Charles L. Seabury & Co., consolidated, respondents, and Joseph A. Flannery, appellant. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 124 N. Y. Supp. 1121.

McCREERY, Appellant, v. HARRAL SOAP CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by William A. McCreery against the Harral Soap Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

McDERMOTT, Respondent, v. FONDA, J. & G. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Mary McDermott against the Fonda, Johnstown & Gloversville Railroad Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide the event of the action.

COCHRANE, J., dissenting.

McDONALD, Appellant, v. McDONALD, Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Margaret McDonald against James McDonald. J. Newman, for appellant. J. Reilly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McDUFFIE, Respondent, v. FINANCIER CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Katharine McDuffie against the Financier Company. H. B. Twombly, for appellant. T. G. Strong, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 135 App. Div. 307, 119 N. Y. Supp. 949.

LAUGHLIN, J., dissenting.

McFARLAND v. SHARKEY et al. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Mary McFarland against John T. Sharkey, as executor,